**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

**In re:**

**ALVIN DELANO LEWIS, II,**

**Debtor.**

**CHAPTER 13**

**CASE NO. 13-31494-KRH**

**HARLEY-DAVIDSON CREDIT CORP.,**

**Plaintiff/Movant.**

**vs.**

**ALVIN DELANO LEWIS, II**
**AKA ALVIN D. LEWIS, II**
**CARL M. BATES, TRUSTEE**
**and PAMELA S. LEWIS, Co-Debtor**
**AKA PAMELA LOUISE LEWIS,**

**Defendants.**

**MOTION FOR RELIEF FROM DEBTOR STAY PURSUANT TO 11 U. S. C. 362 (d) AND CO-DEBTOR STAY PURSUANT TO 11 U. S. C. 1301 (c) (3)**

**NOTICE**

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)**

**TO: ALVIN DELANO LEWIS, II, DEBTOR**
**CARL M. BATES, CHAPTER 13 TRUSTEE**

**IF YOU DO NOT WISH THE COURT TO GRANT THE RELIEF SOUGHT IN THE MOTION, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE MOTION, THEN WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE OF THIS MOTION, YOU MUST FILE A WRITTEN RESPONSE EXPLAINING YOUR POSITION WITH THE COURT AND SERVE A COPY ON THE MOVANT. UNLESS A WRITTEN RESPONSE IS FILED AND SERVED WITHIN THIS FOURTEEN (14) DAY PERIOD, THE COURT MAY DEEM OPPOSITION WAIVED, TREAT THE MOTION AS CONCEDED, AND ISSUE AN ORDER GRANTING THE REQUESTED RELIEF WITHOUT FURTHER NOTICE OR HEARING.**

**IF YOU MAIL YOUR RESPONSE TO THE COURT FOR FILING, YOU MUST MAIL IT EARLY ENOUGH SO THE COURT WILL RECEIVE IT ON OR BEFORE THE EXPIRATION OF THE FOURTEEN (14) DAY PERIOD.**

**TO: PAMELA S. LEWIS**

**IF YOU DO NOT WISH THE COURT TO GRANT THE RELIEF SOUGHT IN THE MOTION, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE MOTION, THEN WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE OF THIS MOTION, YOU MUST FILE A WRITTEN RESPONSE EXPLAINING YOUR POSITION WITH THE COURT AND SERVE A COPY ON THE MOVANT. UNLESS A WRITTEN RESPONSE IS FILED AND SERVED WITHIN THIS TWENTY-ONE (21) DAY PERIOD, THE COURT MAY DEEM OPPOSITION WAIVED, TREAT THE MOTION AS CONCEDED, AND ISSUE AN ORDER GRANTING THE REQUESTED RELIEF WITHOUT FURTHER NOTICE OR HEARING.**

**IF YOU MAIL YOUR RESPONSE TO THE COURT FOR FILING, YOU MUST MAIL IT EARLY ENOUGH SO THE COURT WILL RECEIVE IT ON OR BEFORE THE EXPIRATION OF THE TWENTY-ONE (21) DAY PERIOD.**

Johnie R. Muncy, Esquire
Counsel for Plaintiff
Samuel I. White, P.C.
1804 Staples Mill Rd, Suite 200
Richmond, VA 23230
State Bar #73248
(804) 290-4290

**ATTEND THE PRELIMINARY HEARING SCHEDULED TO BE HELD ON AUGUST 28, 2013 AT 9:30 AM IN THE U.S BANKRUPTCY COURT, RICHMOND DIVISION, U.S. COURTHOUSE, 701 EAST BROAD STREET, RICHMOND, VIRGINIA 23219 IN COURTROOM 5000.**

**NOTICE FROM SAMUEL I. WHITE, P. C.**

**PURSUANT TO THE FEDERAL FAIR DEBT COLLECTION PRACTICES ACT, WE ADVISE YOU THAT SAMUEL I. WHITE, P. C., COUNSEL FOR THE PLAINTIFF/MOVANT, IS A DEBT COLLECTOR ATTEMPTING TO COLLECT THE INDEBTEDNESS REFERRED TO HEREIN, AND ANY INFORMATION WE OBTAIN FROM YOU WILL BE USED FOR THAT PURPOSE.**

## MOTION FOR RELIEF FROM DEBTOR STAY PURSUANT TO 11 U. S. C. 362 (d) AND CO-DEBTOR STAY PURSUANT TO 11 U. S. C. 1301 (c) (3)

The Motion of Harley-Davidson Credit Corp., by Counsel, hereby moves the Court for relief from the automatic stay and in support thereof represents unto the Court:

1. This Court has Jurisdiction over this proceeding pursuant to 28 U. S. C. Sections 157 and 1334, 11 U. S. C. 362 (d) and 11 U. S. C. 1301 (c) (3), and that this matter is a core proceeding.

2. The Debtor filed a Petition under Chapter 13 of the Bankruptcy Code on March 19, 2013.

3. The Co-Debtor is jointly and severally liable on the Note herein.

4. Upon information and belief, Harley-Davidson Credit Corp. has a validly perfected security interest in a 2006 Harley-Davidson VRSCD Night Rod, VIN #1HD1HDZ136K809245 pursuant to a valid Contract between the Debtor and Harley-Davidson Credit Corp. dated May 16, 2006.

5. The Note matured on June 15, 2013, when the entire balance was due and payable. The approximate amount due through August 2, 2013 being $17,458.34 calculated as follows:

| | |
|---|---:|
| Unpaid Principal and Interest Balance Due | $16,356.34 |
| Bankruptcy Fees – Objection to Plan | 250.00 |
| Bankruptcy Fees and Costs - Motion For Relief | 426.00 |
| Bankruptcy Fees and Costs – Motion For Relief case 12-35471 | 426.00 |
| Total | $17,458.34 |

6. By reason of the foregoing the interest of Harley-Davidson Credit Corp. is not adequately protected.

      7. The present NADA value as to the subject collateral is $9,190.00.

8. The Chapter 13 modified plan dated and filed June 3, 2013 and confirmed July 11, 2013 provides for surrender of the property.

**WHEREFORE**, Plaintiff prays that it be granted relief from the provisions of the automatic stay with regard to the said property, and further requests that the fourteen (14) day stay be waived incident to any order entered incident to the Motion for Relief herein.

HARLEY-DAVIDSON CREDIT CORP.

By:**/s/ JOHNIE R. MUNCY**

Eric David White, Esquire, VSBN 21346
Michael T. Freeman, Esquire, VSBN 65460
David W. Carter, Esquire, VSBN 70875
Kimberly B. Lane, Esquire, VSBN 78720
Brandon R. Jordan, Esquire, VSBN 72170
Johnie R. Muncy, Esquire, VSBN 73248
Samuel I. White, P. C.
1804 Staples Mill Rd, Suite 200
Richmond, VA 23230
Tel: (804) 290-4290
Fax: (804) 290-4298
jmuncy@siwpc.com

CERTIFICATE

I hereby certify that a true copy of the foregoing Motion was served by regular mail or email this 2nd day of August, 2013, on all necessary parties including Carl M. Bates, Trustee, P.O. Box 1819, Richmond, VA 23218; Jason Meyer Krumbein, Esquire, Counsel for Debtor, 5310 Markel Road, Suite 102, Richmond, VA 23230; Alvin Delano Lewis, II, Debtor, 3408 Eagles Roost Road, Richmond, VA 23223; and Pamela S. Lewis, Co-Debtor, 1521 Selma Lane, Richmond, VA 23223.

**/s/ JOHNIE R. MUNCY**
Samuel I. White, P. C.



Reference No. [redacted]

Eaglemark Savings Bank

A subsidiary of Harley-Davidson Credit Corp.

# PROMISSORY NOTE (SIMPLE INTEREST) AND SECURITY AGREEMENT ("CONTRACT")

| BORROWER Name and Address | CO-BORROWER Name and Address | LENDER Name and Address |
|---|---|---|
| ALVIN D LEWIS, II<br>3000 EAGLE [illegible] ROAD<br>RICHMOND, VA 23223 | PAMELA S LEWIS<br>3000 EAGLE [illegible] ROAD<br>RICHMOND, VA 23223 | Eaglemark Savings Bank ("ESB")<br>P.O. Box 22048<br>Carson City, NV 89721-2048 |

Definitions. The words "You" and "Your" mean the Borrower and Co-Borrower(s), if any, who sign(s) below. The word "Lender" means Eaglemark Savings Bank, its successors and assigns ("ESB"). The word "Contract" means this Promissory Note and Security Agreement. The word "Vehicle" means the motorcycle and/or motor vehicle, described more fully below.

Promise to Pay. You promise to pay to the Lender the Amount Financed plus Interest figured on a daily basis on the unpaid balance as set forth in this Contract and in the Truth in Lending Disclosures set forth below.

## DESCRIPTION OF PURCHASE

| MAKE | YEAR | NEW/USED | MODEL | COLOR | VEHICLE IDENTIFICATION NO. |
|---|---|---|---|---|---|
| HARLEY | 2006 | NEW | [illegible] | [illegible] | [illegible] |

Description of the body and major items of equipment sold:

Description of Sale Terms from Bill of Sale:

| | | | |
|---|---|---|---|
| A. Cash Price of Vehicle (including accessories) | $ | [illegible] | (A) |
| B. Total Net Down Payment (cash, plus trade-in allowance if any, minus prior credit or lease pay-off if any) | $ | [illegible] | (B) |
| C. Unpaid Balance of Cash Price (A - B = C; C must equal amount in Item 3-A, below) | $ | [illegible] | (C) |

## TRUTH IN LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of Your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost You. (Estimate) | Amount Financed The amount of credit provided to You or on Your behalf. | Total of Payments The amount You will have paid after You have made all payments as scheduled. (Estimate) |
|---|---|---|---|
| [illegible] % | $ [illegible] | $ [illegible] | $ [illegible] |

Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments are Due | Or as Follows |
|---|---|---|---|
| [illegible] | 420.55 | Monthly Beginning 05/15/2006 UNTIL PAID IN FULL | |

Prepayment: If You pay off all Your debt early, You will not have to pay a prepayment premium or penalty.
Security Interest: You are giving a security interest in the goods or property being purchased. Any of Your property securing Your other obligations to Lender also secures Your obligation under this Contract.
Late Charges: If any payment is more than ten (10) days late, You will be charged $[illegible] or 5% of the late amount, whichever is greater, with a maximum of $[illegible].
Additional Information: See the other side of this Contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, and security interest.

## ITEMIZATION OF AMOUNT FINANCED

| | | | |
|---|---|---|---|
| 1. Amount Given to You Directly | $ | N/A | (1) |
| 2. Amount Paid on Your Account | $ | N/A | (2) |
| 3. Amount Paid to Others on Your Behalf | | | |
| A. To (Dealer Name & No.) [illegible] HARLEY-DAVIDSON [illegible] | $ | [illegible] | (A) |
| B. Cost of Required Physical Damage Insurance paid to insurance company* | $ | N/A | (B) |
| C. Cost of Optional Service Contract* To: [illegible] | $ | [illegible] | (C) |
| D. Cost of Optional Credit Insurance paid to insurance company* | $ | N/A | (D) |
| E. Cost of Optional GAP Contract* To: [illegible] | $ | [illegible] | (E) |
| F. Cost of Optional Debt Protection* To: | $ | N/A | (F) |
| G. Government license and/or registration fees paid to public officials (describe): | $ | 27.50 | (G) |
| H. Government Certificate of Title Fees paid to public officials | $ | [illegible] | (H) |
| I. Taxes (describe): To STATE OF VA For SALES TAX | $ | [illegible] | (I) |
| To For | $ | N/A | (I) |
| J. Other charges (identify who will receive payment and describe purpose):* To For | $ | N/A | (J) |
| To For | $ | N/A | (J) |
| To For | $ | N/A | (J) |
| Total Amount Paid to Others on Your Behalf (add A thru J) | $ | [illegible] | (3) |
| 4. Amount Financed (1 + 2 + 3) | $ | [illegible] | (4) |

* Dealer/Seller and/or Lender and/or others may retain, or receive, a portion of these amounts.

You Authorize the Lender to disburse funds as specified above in the Itemization of Amount Financed.

The Annual Percentage Rate may be negotiated with the dealership that sold You the Vehicle. We may share part of the Finance Charge with the dealership that sold You the Vehicle.

## INSURANCE, FINANCING, AND SERVICE PRODUCTS

NOTICE: No person is required, as a condition of obtaining this loan, to purchase Optional Credit Insurance, Optional Service Contract, Optional GAP Contract or Optional Debt Protection, or to purchase, or negotiate, any insurance through a particular insurance company, agent or broker.

Required Physical Damage Insurance. Physical damage insurance is required, but You may obtain it from anyone You want who is acceptable to the Lender. If You choose to buy and finance this insurance through Lender, the cost of this insurance is shown in Item 3B of the ITEMIZATION OF AMOUNT FINANCED section.
THIS SECTION MUST BE COMPLETED
Insurance Company: [handwritten, illegible]
Telephone Number: [handwritten, illegible]
Term: [illegible] Months
☐ $ [illegible] Deductible Collision and either
☐ Full Comprehensive (includes Fire, Theft and Combined Additional Coverage) or
☐ $ [illegible] Deductible Comprehensive (includes Fire, Theft and Combined Additional Coverage).

Optional Credit Insurance. If You want this protection, check the program desired. If You have chosen this protection, and if You finance this protection, the cost is shown in item 3D of the ITEMIZATION OF AMOUNT FINANCED section. Credit life insurance is based upon the payment schedule and term shown above. This protection may not pay all You owe on this contract if You make late payments. Disability protection covers the original payment amount of the term shown in the TRUTH IN LENDING DISCLOSURES above. If You make late payments, disability protection will not pay all of Your payments. Please refer to the separate agreement for any chosen program for details on the protection it provides.
Credit Life: Borrower ☐ Co-Borrower ☐ Joint ☐
Credit Disability: Borrower ☐ Joint (Where applicable) ☐

Optional Debt Protection. If you purchase and finance this product, the cost is shown in item 3F of the ITEMIZATION OF AMOUNT FINANCED section. See your Debt Protection contract for details on the protection it provides.
CHOOSE ONLY ONE
Plan 1 ☐ Borrower only: Accidental Loss of Life, Total Disability (TD), and Involuntary Unemployment (IU).
Plan 2 ☐ Co-Borrower only: Accidental Loss of Life, Total Disability (TD), and Involuntary Unemployment (IU).
Plan 3 ☐ Accidental Loss of Life for Borrower and Co-Borrower; Total Disability (TD) and Involuntary Unemployment (IU) for Borrower only.
Plan 4 ☐ Accidental Loss of Life for Borrower and Co-Borrower; Total Disability (TD) and Involuntary Unemployment (IU) for Co-Borrower only.

Optional Service Contract. If You choose to buy and finance this product, the cost of this coverage is shown as item 3C of the ITEMIZATION OF AMOUNT FINANCED section. See your service contract for details on the protection it provides.

Optional GAP Contract. If You choose to buy and finance a GAP contract, the cost is shown in item 3E of the ITEMIZATION OF AMOUNT FINANCED section. See your GAP contract for details on the protection it provides.

Borrower has requested Lender to include in the balance due under this Contract the following insurance, financing and/or service products. Borrower has requested Lender to procure insurance, financing, and/or service products upon the Vehicle described above. No insurance will be in force until accepted by the insurance carrier.

| TYPE | COST (SEE 3D-F) | Signature (If Desired) | Decline to Purchase Initials |
|---|---|---|---|
| Credit Life (Borrower) | $ N/A | I want Credit Life X | [initials] |
| Credit Life (Co-Borrower) | $ N/A | I want Credit Life X | [initials] |
| Credit Life (Joint) | $ N/A | We want Credit Life X X | [initials] |
| Credit Disability (Borrower Only) | $ N/A | I want Credit Disability X | [initials] |
| Credit Life & Disability (Borrower only) | $ N/A | I want Credit Life & Disability X | [initials] |
| GAP Contract (Borrower Only) | $ [illegible] | I want GAP Contract X [signature] | |
| Debt Protection | $ N/A | I want Debt Protection X X Co-Borrower | [initials] |

THE INSURANCE REFERRED TO IN THIS CONTRACT DOES NOT INCLUDE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS.

## IMPORTANT SIGNATURES AND NOTICES

NOTICE: See the other side of this Contract for OTHER IMPORTANT AGREEMENTS.

Do not sign this Contract before You read it or if it contains any blank spaces. You are entitled to a completed copy of this Contract. If You fail to perform Your obligations under this Contract, the Collateral may be repossessed and You may be liable for the unpaid indebtedness evidenced by this Contract.

You signed this Contract and received a copy on MAY 16 2006
(Month) (Day) (Year)

Borrower/Co-Borrower obligations are joint and several to each. A Co-Borrower is a person who is responsible for paying the entire debt. Other Owner: An Other Owner is a person whose name is on the title to the Vehicle but who does not have to pay the debt. The Co-Borrower and/or Other Owner (if applicable) know that the Lender has a security interest in the property described in this transaction ("Collateral") and consents to the security interest.

BORROWER sign below: By: X [signature] Print name: ALVIN D LEWIS II

CO-BORROWER sign below: By: X [signature] Print name: PAMELA S LEWIS

OTHER OWNER sign below: By: X

Other Owner print name:
Other Owner Address:

Represents Redacted Information

Eaglemark Savings Bank

A subsidiary of Harley-Davidson Credit Corp.

## OTHER IMPORTANT AGREEMENTS

1. Finance Charge. The Finance Charge accrues each day at the Annual Percentage Rate on the unpaid balance of the Amount Financed until paid in full. Where applicable and not prohibited by law, the Lender will apply each payment first to any past due amounts on the account in the following order: Finance Charges, Insurance Charges, Expenses, Fees and the unpaid balance of the Amount Financed. Where applicable and not prohibited by law, payments are then applied to the Monthly Payment Amount on the account in the following order: Finance Charges, Insurance Charges, Expenses, Fees and the unpaid balance of the Amount Financed. After all past due amounts (if applicable) and the Monthly Payment Amount are satisfied, any excess amount received will be applied to the unpaid balance of the Amount Financed.

2. Late Payments and Early Payments. [illegible]

3. Ownership and Risk of Loss. [illegible]

4. Security Interest. [illegible]

5. Waiver of Suretyship Defenses by Other Owner. [illegible]

6. Prepayment. [illegible]

7. Required Physical Damage Insurance. [illegible]

8. Late Charge. [illegible]

9. Dishonored Check Charge. [illegible]

10. Optional Insurance, Financing, and Service or GAP Contracts. [illegible]

11. Insurance, Financing, and Service or GAP Contract Refunds Received by Lender. [illegible]

12. Default; Required Payment in Full Before Scheduled Date. [illegible]

13. Repossession of Vehicle for Default of Contract. [illegible]

14. Getting the Vehicle Back After Repossession. [illegible]

15. Sale of the Repossessed Vehicle. [illegible]

16. Collection Costs. [illegible]

17. Delay in Enforcing Rights; Changes to This Contract. [illegible]

18. Statements. [illegible]

19. Applicable Law. [illegible]

20. Warranties Lender Disclaims. [illegible]

21. Notice of Assignment. [illegible]

22. Questions on Your Account. [illegible]

[illegible]

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

COMMONWEALTH OF VIRGINIA
DEPARTMENT OF MOTOR VEHICLES

# CERTIFICATE OF TITLE FOR A VEHICLE

**KEEP IN SAFE PLACE - ANY ALTERATION OR ERASURE VOIDS THIS TITLE**

THE DEPARTMENT OF MOTOR VEHICLES, COMMONWEALTH OF VIRGINIA, HEREBY CERTIFIES THAT AN APPLICATION FOR A CERTIFICATE OF TITLE HAS BEEN MADE FOR THE VEHICLE DESCRIBED HEREON PURSUANT TO THE PROVISIONS OF THE MOTOR VEHICLE LAWS OF THIS COMMONWEALTH, THAT THE APPLICANT NAMED ON THE FACE HEREON HAS BEEN DULY RECORDED AS THE LAWFUL OWNER OF SAID VEHICLE, AND THAT, FROM THE STATEMENTS OF THE OWNER AND THE RECORDS ON FILE WITH THIS DEPARTMENT, THE HEREON DESCRIBED VEHICLE IS SUBJECT TO THE SECURITY INTEREST RECORDS ON FILE WITH THIS DEPARTMENT, AND AS DESCRIBED HEREON, IF ANY. THE MOTOR VEHICLE LAWS OF THIS COMMONWEALTH ALSO PROVIDE THAT ALL TITLE AND REGISTRATION INFORMATION IN THE OFFICE OF THE DEPARTMENT OF MOTOR VEHICLES IS PRIVILEGED AND ONLY SUBJECT TO DISSEMINATION TO AUTHORIZED AGENCIES, BUSINESS ORGANIZATIONS OR AGENTS, GOVERNMENTAL ENTITIES AND INDIVIDUALS UNDER THE CONDITIONS SPECIFIED BY MOTOR VEHICLE CODE SECTIONS 46.2-208, 46.2-209 AND 46.2-210.

286 DR0165 ORIGINAL

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | VEHICLE BODY | TITLE NO. |
|---|---|---|---|---|
| 1HD1HDZ136K809245 | 2006 | HARLEY DAV | MOTORCYCLE | [illegible] |

| EMPTY WGT. | GROSS WGT. | GVWR | GCWR | AXLES | FUEL | SALES TAX PAID | ODOMETER | DATE ISSUED |
|---|---|---|---|---|---|---|---|---|
| 0000 | | | | 2 | GAS | 580.89 | [illegible] | 06/15/06 |

| OTHER PERTINENT DATA | ODOMETER BRAND | PRIOR TITLE NO. |
|---|---|---|
| 005575 | ACTUAL | |

Lienholder name(s) and address(es):
EAGLEMARK SAVINGS BANK
PO BOX 22048
CARSON CITY NV 89721

THIS IS NOT A TITLE NUMBER
G11088861

LIEN RELEASE
INTEREST IN THE ABOVE DESCRIBED VEHICLE IS HEREBY RELEASED
By ______
TITLE ______ DATE ______

Name(s) and address(es) of vehicle owners:
LEWIS II,ALVIN DELANO,AND
LEWIS,PAMELA LOUISE,OR SURV
3408 EAGLES ROOST ROAD
RICHMOND VA 23223-1283

**A** ASSIGNMENT OF TITLE BY OWNER • NOTIFY DMV WHEN VEHICLE IS SOLD •

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. The undersigned hereby certifies that the vehicle described in this title has been transferred to the following (printed name and address of Buyer(s)).

Buyer(s) Name ______

Street ______ City, State, Zip ______

DATE OF SALE ______ SALE PRICE ______

ODOMETER READING (No Tenths) ______ I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits. ☐ 2. The odometer reading is not the actual mileage. WARNING-ODOMETER DISCREPANCY.

Signature of Seller(s) ______ Printed Name of Seller(s) ______

Signature of Buyer(s) ______ Printed Name of Buyer(s) ______
I am aware of the above odometer certification made by the Seller(s)

I am aware of the above odometer certification made by the Seller(s)

⇓ DETACH HERE ⇓

Dealer's No. ______ Licensing Jurisdiction ______

VOID IF ALTERED

EAGLEMARK SAVINGS BANK
PO BOX 22048
CARSON CITY NV 89721

5 1 42